IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05- 55 |
| ) | |
| CHRISTOPHER STANSBERRY, ) | |
| ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney for the District of Delaware alleges and charges that:

### Count I

On or about May 24, 2004, in the Eastern District of Pennsylvania and elsewhere, Christopher Stansberry, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

### Count II

On or about June 4, 2004, in the Eastern District of Pennsylvania and elsewhere, Christopher Stansberry, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

### Count III

On or about June 15, 2004, in the Eastern District of Pennsylvania and elsewhere, Christopher Stansberry, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

FILED

MAY 24 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Notice of Forfeiture

Upon conviction of the controlled substance offenses alleged in Counts I, II and III of this Information, the defendant, Christopher Stansberry, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1. Currency - Approximately $12,620 in United States Currency.
2. Conveyance - One 2001 BMW 530i, VIN: WBADT63471CF01543.
3. Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

COLM F. CONNOLLY
United States Attorney

By: *Richard G. Andrews*
Richard G. Andrews
Assistant United States Attorney

Dated: 5/24/05