# UNITED STATES DISTRICT COURT
## FOR THE District of Delaware
### U. S. District Court – District of Delaware

UNITED STATES OF AMERICA

                Plaintiff,

v.                                              Case No.: 1:05–cr–00055–GMS
                                            Honorable Gregory M. Sleet

Christopher Stansberry

                Defendant.

TYPE OF CASE:          Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE OF SENTENCING HEARING as to Christopher Stansberry. Sentencing set for 9/1/2005 at10:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court – District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

June 1, 2005

                                                          Peter T. Dalleo, Clerk
                                        McDavid, Marie mmm, Deputy Clerk