UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-55-GMS |
| | : | 04-77-GMS |
| CHRISTOPHER STANSBERRY, | : | |
| Defendant, | : | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Christopher Stansberry, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the sentencing hearing in this case to October 5, 2005 at 11:00 a.m. Counsel submits the following in support thereof:

1. Sentencing in this action is currently scheduled for September 1, 2005, at 10:00 a.m.

2. The Defense needs a continuance to properly address all sentencing issues. The Defense asserts that a continuance will allow sufficient time for all issues to be properly raised to the court at the sentencing hearing. This is the first continuance request in this case.

3. AUSA Richard G. Andrews does not oppose this request for a continuance.

4. The parties respectfully request the Court to schedule the sentencing hearing for October 5, 2005 at 11:00 a.m.

**WHEREFORE**, Mr. Stansberry respectfully requests the Court to continue the sentencing hearing to October 5, 2005 at 11:00 a.m.

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Christopher Stansberry

DATED: July 29, 2005

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this Motion for Continuance of Sentencing Hearing is available for public viewing and downloading and was electronically delivered on July 29, 2005 to:

Richard G. Andrews, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801


    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Christopher Stansberry