UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-55-GMS |
| | : | 04-77-GMS |
| CHRISTOPHER STANSBERRY, | : | |
| Defendant, | : | |

## ORDER

Having considered Defendant's Motion to Continue Sentencing Hearing,

**IT IS HEREBY ORDERED** this _____ day of _____, 2005, that Defendant's Motion for Continuance of Sentencing Hearing is **GRANTED** and that the September 1, 2005, Sentencing Hearing is continued to October 5, 2005 at 11:00 a.m.

 

Honorable Judge Gregory M. Sleet
United States District Court

cc:  AUSA Richard G. Andrews
      AFPD Christopher Koyste

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-55-GMS |
| | : | 04-77-GMS |
| | : | |
| CHRISTOPHER STANSBERRY, | : | |
| | : | |
| Defendant, | : | |

## **ORDER**

Having considered Defendant's Motion to Continue Sentencing Hearing,

**IT IS HEREBY ORDERED** this _____ day of _____, 2005, that Defendant's Motion for Continuance of Sentencing Hearing is **GRANTED** and that the September 1, 2005, Sentencing Hearing is continued to October 5, 2005 at 11:00 a.m.

 

 

Honorable Judge Gregory M. Sleet
United States District Court

cc:   AUSA Richard G. Andrews
      AFPD Christopher Koyste

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-55-GMS |
| | : | 04-77-GMS |
| CHRISTOPHER STANSBERRY, | : | |
| Defendant, | : | |

## **ORDER**

Having considered Defendant's Motion to Continue Sentencing Hearing,

**IT IS HEREBY ORDERED** this _____ day of _____, 2005, that Defendant's Motion for Continuance of Sentencing Hearing is **GRANTED** and that the September 1, 2005, Sentencing Hearing is continued to October 5, 2005 at 11:00 a.m.

_____
Honorable Judge Gregory M. Sleet
United States District Court

cc:   AUSA Richard G. Andrews
      AFPD Christopher Koyste