UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 04-55-GMS |
| | 04-77-GMS |
| CHRISTOPHER STANSBERRY, | : |
| Defendant, | : |

### ORDER

Having considered Defendant's Motion to Continue Sentencing Hearing,

**IT IS HEREBY ORDERED** this _2nd_ day of _August_, 2005, that

Defendant's Motion for Continuance of Sentencing Hearing is **GRANTED** and that the

September 1, 2005, Sentencing Hearing is continued to October 5, 2005 at 11:00 a.m.

FILED
AUG 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Judge Gregory M. Sleet
United States District Court

cc:   AUSA Richard G. Andrews
      AFPD Christopher Koyste